MARY KATE SULLIVAN (State Bar No. 180203)
ALISA A. GIVENTAL (State Bar No. 273551)
aag@severson.com
MEGAN F. CLARK (State Bar No. 301476)
mfc@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

MARY SMITH,

Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC; WELLS FARGO BANK, N.A.,

Defendant.

Case No. 2:19-CV-01908-TLN-AC

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT WELLS FARGO BANK, N.A. TO RESPOND TO COMPLAINT**

Pursuant to United States District Court, Eastern District of California, Civil Local Rule 144, which provides that extensions of time beyond an initial 28-day extension to respond to the Complaint must be approved by the Court,

IT IS HEREBY STIPULATED by and between plaintiff Mary Smith ("Plaintiff"), through her undersigned counsel, and defendant Wells Fargo Bank, N.A. ("Defendant"), by and through its undersigned counsel, that Defendant may have a 60-day extension of time to file a response to Plaintiff's Complaint, currently due on November 12, 2019, to and including January 13, 2020. The parties previously stipulated to a 28-day extension from October 15, 2019 to November 12, 2019. A further extension is being requested because the parties are actively engaged in settlement

negotiations in an attempt to resolve this matter without further intervention of the Court. The extension sought is for 60-days because of a number of upcoming holidays. This extension of time will not alter the date of any event or deadline already fixed by Court order.

IT IS SO STIPULATED.

DATED: November 1, 2019

SEVERSON & WERSON
A Professional Corporation

By: *_/s/ Megan F. Clark_*
Megan F. Clark

Attorneys for Defendant WELLS FARGO BANK, N.A.

DATED: November 1, 2019

Gale, Angelo, Johnson & Pruett P.C.

By: *_/s/ Elliot W. Gale_*
Elliot W. Gale

Attorneys for Plaintiff Mary Smith

I, Megan F. Clark, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Elliot W. Gale has concurred in this filing. *_/s/ Megan F. Clark_*

**ORDER**

For the reasons stated in the parties' stipulation, and good cause appearing, the deadline for Defendant Wells Fargo Bank, N.A. to file a responsive pleading is hereby CONTINUED to January 13, 2020.

IT IS SO ORDERED.

Dated: November 4, 2019

Troy L. Nunley
United States District Judge